**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Troy King,

      Plaintiff,

v.

Julia Owner LLC, et al.,

      Defendants.

No. CV-25-03686-PHX-KML

**ORDER**

Plaintiff Troy King seeks reconsideration of the court's order denying his motion for relief from judgment. (Doc. 15.) King argues the delay in filing his motion for relief from judgment was due to a health crisis and his need to wait for an appointment with the court's volunteer clinic. A motion for reconsideration may not "raise new arguments or introduce new evidence if, with reasonable diligence, the arguments and evidence could have been presented during consideration of the original ruling." *Berman v. Freedom Fin. Network, LLC*, 30 F.4th 849, 859 (9th Cir. 2022). The information regarding King's health and the volunteer clinic was available before King filed his motion for relief from judgment.

/

/

/

/

/

Accordingly,

**IT IS ORDERED** the Motion for Reconsideration (Doc. 15) is **DENIED**.

Dated this 8th day of April, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**